# In the United States Court of Federal Claims

No. 06-652C & 06-717C

(Filed: October 18, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| IDEA INTERNATIONAL, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| INTERNATIONAL CULTURE AND TECHNOLOGY TRANSFER CONSULTING, INC., | * * * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

## CONSOLIDATION ORDER

Before the Court is Plaintiff's newly filed October 17, 2006 Complaint for Declaratory and Injunctive Relief and Notice of Directly Related Case. The Court finds that the factual and legal commonalities in these related cases justify consolidation pursuant to Rule 42 of this Court's Rules. The Protective Order issued by the Court on October 4, 2006 shall extend to both cases.

Further, International Culture and Technology Transfer Consulting, Inc. ("ICATT") is hereby granted permission to intervene in the consolidated action as a matter of right under Rule 24(a)(2).

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge