**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IDEA INTERNATIONAL, INC., Plaintiff, | | No. 06-652 & 06-717 |
| v. | | Hon. Thomas C. Wheeler |
| UNITED STATES OF AMERICA, Defendant, | | |
| and | | |
| ICATT CONSULTING, INC., Defendant-Intervenor. | | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE**

**JOINT STIPULATION OF PROPOSAL PREPARATION COSTS**

Plaintiff, IDEA International, Inc. ("IDEA"), and Defendant, United States, come before the Court and hereby request a 30-day extension of time to file their Joint Stipulation of Proposal Preparation Costs. In the Court's November 21, 2006, Order and Opinion, it ordered that Plaintiff and Defendant shall submit "a joint stipulation regarding Plaintiff's proposal preparation costs" on or before December 21, 2006.

To date, Plaintiff has reviewed its records and has determined the costs it incurred in preparing its Proposal. In addition, Plaintiff has provided Defendant with a breakdown of these costs in spreadsheet format. Additional time, however, is needed to complete the process and to gather additional supporting information as requested by Defendant. Specifically, additional time is needed to enable Plaintiff to obtain declarations from each of the company personnel who

participated in the proposal preparation process to support the number of hours worked. Such additional time will also allow Defendant to thoroughly review the materials received from Plaintiff and to obtain the necessary agency approvals.

For these reasons, Plaintiff and Defendant respectfully request an extension of time until January 22, 2007, to file their Joint Stipulation of Proposal Preparation Costs. Neither Plaintiff nor Defendant has requested such an extension of time for this purpose in the past.

Of Counsel:

C. Stanley Dees
Jason Workmaster
Todd J. Canni
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7178

December 18, 2006

Respectfully submitted,

By: s/ Jessica Abrahams
Jessica Abrahams
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7204

Attorney of Record for
Plaintiff, IDEA International, Inc.

By: s/Brian T. Edmunds
Brian T. Edmunds
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 616-8253

Attorney for Defendant United States