**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **IDEA International, Inc.,**<br>**Plaintiff,**<br>**v.**<br>**The United States,**<br>**Defendant,**<br>**and**<br>**ICATT Consulting, Inc.,**<br>**Defendant-Intervenor.** | **Case Nos. 06-652C & 06-717C** |

**JOINT STIPULATION REGARDING PLAINTIFF'S BID AND PROPOSAL PREPARATION COSTS**

Plaintiff, IDEA International, Inc. ("IDEA") and Defendant, United States hereby file this Joint Stipulation Regarding Plaintiff's Bid and Proposal Preparation Costs in accordance with the Court's Opinion and Order of November 21, 2006.

Shortly after the Court's Order, Plaintiff began the process of ascertaining the bid and proposal preparation costs it incurred with regard to the Department of Defense Education Activity's Remote Location Home School Program Solicitation No. HE1254-06-1-0024. Plaintiff determined that it incurred a total of $42,483.32., preparing its bid and proposal. Thereafter, Plaintiff informed Defendant of the total costs incurred and has since provided Defendant with all the documentation requested to enable Defendant to verify the costs.

The parties now stipulate that Plaintiff's bid and proposal preparation costs are $42,483.32, in accordance with the Court's Opinion and Order of November 21, 2006. For all the reasons stated in its motions to dismiss and motions for judgments upon the administrative record, Defendant respectfully maintains that it is entitled to judgment in this case. Defendant reserves its right to appeal any judgment in this case by challenging the merits of this Court's November 21, 2006, decision. Defendant reserves the right to oppose any request for an award of attorneys' fees.

In accordance with the parties' Joint Stipulation, and the Court's Opinion and Order of November 21, 2006, Plaintiff requests that the Clerk of the Court enter final judgment in the amount of $42,483.32, for bid and proposal preparation costs.

Dated: April 25, 2007

Respectfully submitted,

s/Brian T. Edmunds
Brian T. Edmunds, Esq.

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant,
United States

Respectfully submitted,

s/Jessica C. Abrahams
Jessica C. Abrahams

MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7204
(202) 496-7756 (facsimile)

Attorney for Plaintiff,
IDEA International, Inc.