# In the United States Court of Federal Claims

**Nos. 06-652 C & 06-717 C**

**IDEA INTERNATIONAL, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**ICATT CONSULTING, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion and Order, filed November 21, 2006, and the parties' April 25, 2007 Joint Stipulation Regarding Plaintiff's Bid and Proposal Preparation Costs,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $42,483.32, for bid and proposal preparation costs.

Brian Bishop
Clerk of Court

**May 7, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.